## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PROXIBID, INC., a Nebraska Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>BIGGAVEL.COM, INC., an Idaho corporation, ALAN ARMSTRONG, DOROTHY ARMSTRONG, ALAN ARMSTRONG, JR., CALPOP.COM, INC., a California corporation,<br><br>    Defendants. | CASE NO. 8:07-cv-00396<br><br>Order on Plaintiffs' Motion for Extension of Time to File Opposition Brief and Evidence |

This matter is before the Court on Plaintiff's Motion for an Extension of Time to file a brief and evidence opposing Defendants' Motion to Dismiss for Lack of Personal Jurisdiction (Filing No. 20). Being fully advised and recognizing that Defendants have no objection to the extension of time the Court will grant the Motion.

ACCORDINGLY, IT IS ORDERED that:

Plaintiff shall have until on or before January 11, 2008 to submit a brief and evidentiary materials in opposition to Defendants' Motion to Dismiss.

Dated this 26th day of December, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief Judge