# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PROXIBID, INC., a Nebraska Corporation, | ) | |
| | ) | CASE NO.  8:07-CV-396 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER ON DEFENDANTS' |
| | ) | SECOND MOTION FOR |
| BIGGAVEL.COM, an Idaho Corporation, | ) | EXTENSION OF TIME TO FILE |
| ALAN ARMSTRONG, DOROTHY | ) | REPLY BRIEF AND EVIDENCE |
| ARMSTRONG, ALAN ARMSTRONG. JR., | ) | |
| CALPOP.COM, INC., a California Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Defendants' Second Motion for an Extension of Time to file a brief and evidence opposing Plaintiff's Response to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction (Filing No. 31).  The brief and evidence were filed contemporaneously with the motion.  *See* Filing No. 30.  The court finds that the motion should be granted.

ACCORDINGLY, IT IS ORDERED that Defendants' motion for an extension of time to reply is granted.

DATED this 8th day of February 2008.

BY THE COURT

s/ Joseph F. Bataillon
Chief Judge

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person:

Kenneth W. Hartman
Jill Robb Ackerman
James E. O'Connor
BAIRD HOLD LLP
1500 Woodmen Tower
Omaha, NE  68102-2068

_____
s/ Howard Belodoff