# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

PROXIBID, INC., a Nebraska Corporation,

    Plaintiff,

v.

BIGGAVEL.COM, INC., an Idaho corporation, ALAN ARMSTRONG, DOROTHY ARMSTRONG, ALAN ARMSTRONG, JR., CALPOP.COM, INC., a California corporation,

    Defendants.

CASE NO. 8:07-cv-00396

**ORDER**

This matter is before the Court on the parties' Stipulation of Dismissal without Prejudice. The Court finds that the stipulation satisfies the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii), and it should be approved. Accordingly,

IT IS ORDERED:

1. The Stipulation of Dismissal without Prejudice (filing no. 43) is granted, and the relief requested therein is granted;

2. The Complaint and all claims in this matter are dismissed without prejudice; and

3. The parties will pay their own costs and attorney fees.

DATED this 26th day of August, 2008.

        BY THE COURT:

        /s Joseph F. Bataillon
        Joseph F. Bataillon
        United States District Judge

DOCS/872457.1